

# U.S. District Court

## Texas Western - Austin

Receipt Date: Dec 1, 2022 3:31PM

Heather E. Godwin
7310 Menchaca Road
P.O Box 152500
Austin, TX 78715

Rcpt. No: 572                  Trans. Date: Dec 1, 2022 3:31PM                  Cashier ID: #RN

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|---------------------|-----|-------|-----|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | | | | Amt |
|----|--------|---|---|---|-----|
| CH | Check | #1001 | 12/1/2022 | | $402.00 |

| | |
|---|---|
| Total Due Prior to Payment: | $402.00 |
| Total Tendered: | $402.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: Godwin v. Godwin et al

Clerk, U.S. District Court - Austin Division - 501 West Fifth Street, Suite 1100, Austin, TX 78701 - (512) 916-5896 - www.txwd.uscourts.gov